IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:11-CR-271-H

UNITED STATES OF AMERICA     :

           :

       v.                :

           :

TRAVIS DESHON MCNEIL        :

FILED IN OPEN COURT
ON 4|9|12
Julie A. Richards, Clerk
US District Court
Eastern District of NC

## ORDER OF FORFEITURE

In the Criminal Information in the above action, the United States sought forfeiture of property of the defendant pursuant to 21 U.S.C. § 853, as proceeds of the unlawful activity of the defendant as charged in the Criminal Information.

By virtue of the defendant's guilty plea as to the one-count Criminal Information on October 6, 2011 and his Consent to Forfeiture on April 9, 2012, the United States is now entitled to the defendant's interest in $7,900 U. S. currency, pursuant to 21 U.S.C. § 853(a), as allowed by Fed. R. Crim. P. 32.2(b)(3).

Accordingly, it is hereby **ORDERED, ADJUDGED AND DECREED** that:

1. Based upon the defendant's guilty plea and the Consent to Forfeiture, the above-listed $7,900 U. S. currency is forfeited to the United States for disposition in accordance with the law; and

2. Any and all forfeited funds shall be deposited by the U. S. Department of Justice or the U. S. Department of the Treasury, as soon as located or recovered, into the

U. S. Department of Justice's Assets Forfeiture Fund or the
U. S. Department of the Treasury's Assets Forfeiture Fund in
accordance with 28 U.S.C. § 524(c) and 21 U.S.C. § 881(e).

In respect to the dollar amount forfeited by the defendant
but not in the possession of or its whereabouts known to the
Government, the Clerk is DIRECTED to enter Judgment against such
defendant for the amount forfeitable by that defendant,
specifically, $7,900 U. S. currency.

In addition, upon sentencing and issuance of the Judgment
and Commitment Order, the Clerk of Court is directed to
incorporate a reference to this Order of Forfeiture in the
applicable section of the Judgment, as required by Fed. R. Crim.
P. 32.2(b)(3).  In accordance with Fed. R. Crim. P. 32.2(b)(3),
this Order is now final as to the defendant.

SO ORDERED.

This _7th_ day of _April_, 2012.

_____
MALCOLM J. HOWARD
Senior United States District Judge

2