IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:11-CR-271-H

UNITED STATES OF AMERICA :
:
v. : **JUDGMENT**
:
TRAVIS DESHON MCNEIL :

Pursuant to the Order of Forfeiture entered by the Court on April 9, 2012, judgment is hereby entered against defendant, TRAVIS DESHON MCNEIL, in the amount of $7,900. Post-judgment interest shall accrue at the rate of .18%.

This 10th day of April, 2012.

*Julie A. Richards*
JULIE A. RICHARDS
Clerk
U. S. District Court