IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:11-CR-271-1H

UNITED STATES OF AMERICA,  )
                           )
   v.                      )
                           )
TRAVIS MCNEIL,             )
     Defendant.            )

**ORDER**

This matter is before the court on defendant's motion for release from custody due to concerns regarding COVID-19 in the Bureau of Prisons. Inasmuch as defendant attempts to move for release under 18 U.S.C. § 3624(c)(2) as amended by 12003(b)(2) of the CARES Act, release under this statute is determined by appropriate Bureau of Prisons' officials. Therefore, the court has no authority to alter defendant's sentence under 18 U.S.C. § 3624(c)(2).

Defendant also appears to move for compassionate release for however, he has shown no proof of any attempt to exhaust his administrative remedies nor has he shown extraordinary and

compelling reasons justifying such a release.   Therefore, the motion [DE #68] is DENIED without prejudice.

This 20th day of May 2020.

_____
Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26